JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN, SBN 173727
CAROLINE WOLF, SBN 268014
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
ChristiM@jacksonlewis.com
Caroline.Wolf@jacksonlewis.com

Attorneys for Defendant
DHP CALIFORNIA MEDICAL GROUP, INC.

RICHARD M. WIRTZ (SB# 137812)
rwirtz@wirtzlaw.com
WIRTZ LAW APC
4365 Executive Drive, Suite 1460
San Diego, CA 92121
Telephone:   (858) 259-5009

Attorney for Plaintiff
DR. ROSALYN BAXTER-JONES

ERIKA L. LEONARD (*pro hac vice*)
erikaleonard@paulhastings.com
Paul Hastings LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705

Attorney for Defendants
DELPHI HEALTHCARE PARTNERS, LLC
and E. PAUL REID, M.D., P.C.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROSALYN BAXTER-JONES, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>DELPHI HEALTHCARE PARTNERS, LLC, a NC limited liability company; DHP OF CALIFORNIA MEDICAL GROUP, INC., a CA corporation; E. PAUL REID, M.D., P.C., a California corporation; and DOES 1 – 50, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-06646-SJO (JEMx)<br><br>[Assigned for all purposes to the Honorable S. James Otero, Courtroom 1]<br><br>**NOTICE OF RESOLUTION AND JOINT REQUEST TO VACATE SETTLEMENT CONFERENCE**<br><br>Complaint Filed:   09.11.13<br>Trial Date:             12.09.14 |

1  The parties have reached an agreement to resolve the matter entirely. The
2  parties intend on filing a Stipulation for Dismissal within 30 days. Accordingly, the
3  parties request the Settlement Conference set for July 31, 2014 be vacated.

DATED: July 24, 2014        RICHARD M. WIRTZ
                            WIRTZ LAW APC

                            PAUL C. CATAUDELLA
                            CATAUDELLA LAW, APC


                            By: */s/ Richard M. Wirtz*
                                    RICHARD M. WIRTZ

                            Attorneys for Plaintiff
                            DR. ROSALYN BAXTER-JONES


DATED: July 24, 2014        ERIKA L. LEONARD
                            PAUL HASTINGS LLP


                            By: */s/ Erika L. Leonard*
                                    ERIKA L. LEONARD

                            Attorney for Defendants
                            DELPHI HEALTHCARE PARTNERS, LLC
                            and E. PAUL REID, M.D., P.C.

DATED: July 24, 2014        JACKSON LEWIS P.C.


                            By: */s/ Michael J. Christian*
                                    MICHAEL J. CHRISTIAN

                            Attorney for Defendant
                            DHP OF CALIFORNIA MEDICAL GROUP,
                            INC.

2

NOTICE OF RESOLUTION AND JOINT REQUEST          *Baxter-Jones v. Delphi Healthcare Partners, LLC, et al.*
TO VACATE SETTLEMENT CONFERENCE                 USDC-Central, Case No. 2:13-cv-006646