1  JACKSON LEWIS P.C.
2  MICHAEL J. CHRISTIAN, SBN 173727
   CAROLINE WOLF, SBN 268014
3  801 K Street, Suite 2300
   Sacramento, California 95814
4  Telephone:  (916) 341-0404
   Facsimile:   (916) 341-0141
5  ChristiM@jacksonlewis.com
   Caroline.Wolf@jacksonlewis.com

6  Attorneys for Defendant
   DHP CALIFORNIA MEDICAL GROUP, INC.
7

8  RICHARD M. WIRTZ (SB# 137812)
   rwirtz@wirtzlaw.com
   WIRTZ LAW APC
9  4365 Executive Drive, Suite 1460
   San Diego, CA 92121
10 Telephone:   (858) 259-5009

11 Attorney for Plaintiff
   DR. ROSALYN BAXTER-JONES
12

13 ERIKA L. LEONARD (*pro hac vice*)
   erikaleonard@paulhastings.com
14 Paul Hastings LLP
   515 South Flower Street
15 Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
16 Telephone:  (213) 683-6000
   Facsimile:   (213) 627-0705

17 Attorney for Defendants
   DELPHI HEALTHCARE PARTNERS, LLC
18 and E. PAUL REID, M.D., P.C.

19                IN THE UNITED STATES DISTRICT COURT

20              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROSALYN BAXTER-JONES, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>DELPHI HEALTHCARE PARTNERS, LLC, a NC limited liability company; DHP OF CALIFORNIA MEDICAL GROUP, INC., a CA corporation; E. PAUL REID, M.D., P.C., a California corporation; and DOES 1 – 50, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-06646-SJO (JEMx)<br><br>[Assigned for all purposes to the Honorable S. James Otero, Courtroom 1]<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed:   09.11.13<br>Trial Date:             12.09.14 |

1

JOINT STIPULATION FOR DISMISSAL                           *Baxter-Jones v. Delphi Healthcare Partners, LLC, et al.*
                                                                                   USDC-Central, Case No. 2:13-cv-006646

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Plaintiff DR. ROSALYN BAXTER-JONES and Defendants DELPHI HEALTHCARE PARTNERS, LLC; DHP OF CALIFORNIA MEDICAL GROUP, INC.; and E. PAUL REID, M.D., P.C., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO STIPULATED.**

DATED: August 26, 2014

RICHARD M. WIRTZ
WIRTZ LAW APC

PAUL C. CATAUDELLA
CATAUDELLA LAW, APC

By: */s/ Richard M. Wirtz as authorized on 9/2/14*
RICHARD M. WIRTZ

Attorneys for Plaintiff
DR. ROSALYN BAXTER-JONES

DATED: August 26, 2014

ERIKA L. LEONARD
PAUL HASTINGS LLP

By: */s/ Erika L. Leonard as authorized on 8/28/14*
ERIKA L. LEONARD

Attorney for Defendants
DELPHI HEALTHCARE PARTNERS, LLC
and E. PAUL REID, M.D., P.C.

DATED: August 26, 2014

JACKSON LEWIS P.C.

By: */s/ Michael J. Christian*
MICHAEL J. CHRISTIAN

Attorney for Defendant
DHP OF CALIFORNIA MEDICAL GROUP, INC.

# **ORDER**

1

2  IT IS HEREBY ORDERED that the Complaint and any and all claims for

3  relief in the above-referenced matter, U.S.D.C. C.D. Cal. Case No. 2:13-cv-06646-

4  SJO (JEMx), are hereby dismissed with prejudice.

5  **IT IS SO ORDERED.**

6  Dated: _____

7

8  _____
United States District Court Judge
Central District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28