IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROSALYN BAXTER-JONES, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>DELPHI HEALTHCARE PARTNERS, LLC, a NC limited liability company; DHP OF CALIFORNIA MEDICAL GROUP, INC., a CA corporation; E. PAUL REID, M.D., P.C., a California corporation; and DOES 1 – 50, inclusive,<br><br>   Defendants. | Case No. 2:13-cv-06646-SJO (JEMx)<br><br>[Assigned for all purposes to the Honorable S. James Otero, Courtroom 1]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:   09.11.13<br>Trial Date:   12.09.14 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER GRANTING JOINT           *Baxter-Jones v. Delphi Healthcare Partners, LLC, et al.*
STIPULATION FOR DISMISSAL                                    USDC-Central, Case No. 2:13-cv-006646

# ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. C.D. Cal. Case No. 2:13-cv-06646-SJO (JEMx), are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____   _____
Honorable S. James Otero
United States District Court Judge
Central District of California