JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROSALYN BAXTER-JONES, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>DELPHI HEALTHCARE PARTNERS, LLC, a NC limited liability company; DHP OF CALIFORNIA MEDICAL GROUP, INC., a CA corporation; E. PAUL REID, M.D., P.C., a California corporation; and DOES 1 – 50, inclusive,<br><br>          Defendants. | Case No. 2:13-cv-06646-SJO (JEMx)<br><br>[Assigned for all purposes to the Honorable S. James Otero, Courtroom 1]<br><br>**[ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:  09.11.13<br>Trial Date:         12.09.14 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 **ORDER**

2   IT IS HEREBY ORDERED that the Complaint and any and all claims for
3 relief in the above-referenced matter, U.S.D.C. C.D. Cal. Case No. 2:13-cv-06646-
4 SJO (JEMx), are hereby dismissed with prejudice.

5

6   **IT IS SO ORDERED.**

7   September 9, 2014                                        *S. James Otero*

8 Dated: _____     _____
                                  Honorable S. James Otero
9                                 United States District Court Judge
                                  Central District of California
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING JOINT               *Baxter-Jones v. Delphi Healthcare Partners, LLC, et al.*
STIPULATION FOR DISMISSAL                                    USDC-Central, Case No. 2:13-cv-006646